IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VICTORIA BONSLATER**                                                                 **PLAINTIFF**

**VS.**            **CASE NO. 3:10CV00286 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
   **Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this __26__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE